# Court of Appeals
# of the State of Georgia

ATLANTA, January 10, 2014

*The Court of Appeals hereby passes the following order:*

**A14D0192.  WILLIE BENNETT v. SECRETARY OF VETERANS AFFAIRS.**

On November 19, 2013, the trial court entered an order denying a petition for certiorari and granting a writ of possession.  On December 19, Willie Bennett filed an application for discretionary appeal, seeking to challenge this ruling.  According to Bennett, he filed a de novo appeal in superior court rather than a petition for certiorari. Regardless of what Bennett purported to file in superior court, we lack jurisdiction.[1]

Generally, an application for discretionary appeal must be filed within 30 days of entry of the order sought to be appealed.  OCGA § 5-6-35 (d).  But the underlying subject matter of an appeal controls over the relief sought in determining the proper appellate procedure.  *Rebich v. Miles*, 264 Ga. 467-468 (448 SE2d 192) (1994). OCGA § 44-7-56 provides that an appeal from any dispossessory judgment must be filed within seven days of the date the judgment was entered.  See *Ray M. Wright, Inc. v. Jones*, 239 Ga. App. 521 (521 SE2d 456) (1999).  Because Bennett filed this application 30 days after entry of the superior court's order, the application is

---

[1] In any event, Bennett's failure to include any supporting documentation to demonstrate what was filed in superior court precludes appellate review. See Court of Appeals Rule 31 (c) (applicant required to provide material "sufficient to apprise the Court of the appellate issues, in context, and support the arguments advanced").

untimely.  And this Court lacks jurisdiction to consider an untimely application. See

*Boyle v. State*, 190 Ga. App. 734 (380 SE2d 57) (1989).  Accordingly, this application

is hereby DISMISSED for lack of jurisdiction.



Court of Appeals of the State of Georgia
    Clerk's Office, Atlanta,___01/10/2014_____
    *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
    *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ , Clerk.